IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CV-115-FL

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| INTERCOASTAL DIVING, INC., | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on defendant's notice, filed March 6, 2013, stating that defendant filed a Chapter 11 bankruptcy proceeding in the United States Bankruptcy Court for the Eastern District of North Carolina on August 29, 2012, under case number 12-06206-8-RDD. Pursuant to this filing, it appears to the court that defendant is entitled to the protections of the automatic stay provisions of 11 U.S.C. § 362. Accordingly, this action is hereby STAYED during the pendency of the bankruptcy case or until such time as the bankruptcy court shall order otherwise. Counsel is DIRECTED to notify the court immediately upon the conclusion of the bankruptcy proceedings **by filing with this court a notice stating the disposition of the bankruptcy case and including the final order in the bankruptcy matter or other disposing order issued by the bankruptcy court.**

SO ORDERED, this the 10th day of March, 2013.

LOUISE W. FLANAGAN
United States District Judge